

FILED
MAR 26 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>  Plaintiff,<br><br>v.<br><br>S. VELASQUEZ, et.al.,<br><br>  Defendants. | Case No. 1:17-cv-00867-DAD-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KORDY RICE, CDCR #V-43736 |

A settlement conference in this matter commenced on March 26, 2019. Inmate Kordy Rice, CDCR #V-43736 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 3/26/19

UNITED STATES MAGISTRATE JUDGE

1