# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORDY RICE,<br><br>        Plaintiff,<br><br>    v.<br><br>S. VELASQUEZ, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00867-DAD-SAB (PC)<br><br>ORDER REGARDING TWO STIPULATIONS OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF Nos. 32, 33) |

Plaintiff Kordy Rice is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court are two stipulations for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed on March 27, 2019.

In the first stipulation, the parties stipulate to a dismissal of Plaintiff's claims against Defendants S. Velasquez and V. Resendez with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 32.) The stipulation further indicates that there is no prevailing party in the action and that each party shall bear its own litigation costs and attorney's fees. Finally, the stipulation is signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action.

"The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. The filing of a notice of voluntary dismissal with the court

automatically terminates the action as to the defendants who are the subjects of the notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citations omitted). Accordingly, Plaintiff's claims against Defendants S. Velasquez and V. Resendez are terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate Defendants S. Velasquez and V. Resendez from this action.

In the second stipulation, Plaintiff and Defendants J. Grice and A. Briones declare that they have resolved this case in its entirety. (ECF No. 33.) Therefore, the parties stipulate to a dismissal of this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The stipulation further states that each party shall bear its own litigation costs and attorney's fees. Finally, the stipulation is signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action.

Therefore, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson, 111 F.3d at 692. The Clerk of the Court is directed to close this case.

Accordingly, based on the stipulations of the parties, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to terminate Defendants S. Velasquez and V. Resendez from this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: __March 28, 2019__  

UNITED STATES MAGISTRATE JUDGE

2